UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ON BEHALF OF ITS AGENCY SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Plaintiff <br> v. <br><br> WILLIAM P. BUTCHER, SPECIAL REPRESENTATIVE OF THE ESTATES OF JOSEPHUS REID, ANN REIDAND CHARLES ELLISON; UNKNOWN HEIRS AND LEGATEES OF JOSEPH AND ANN REID; UNKNOWN HEIRS AND LEGATEES OF CHARLES ELLISON; DAVID MATTHEWS; KEITH ELLISON; NICOLE ELLISON; YVONNE ELLISON; CHARLOTTE ELLISON; TRACY ELLISON; CHARLES ELLISON JR; ANTWON ELLISON; DIONNE ELLISON; LIL NICOLE ELLISON; NADIA ELLISON; AMERICAN GENERAL FINANCIAL SERVICES OF ILLINOIS, INC.; CITY OF CHICAGO HEIGHTS, ILLINOIS; THORN CREEK BASIN SANITARY DISTRICT; AND UNKNOWN OWNERS AND NON-RECORD CLAIMANTS; <br> Defendant. | No. 15 cv 827 <br><br> Assigned Judge: <br> Edmond E Chang <br><br> Designated Magistrate Judge: <br> Mary M Rowland |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

              Respectfully submitted,

              ZACHARY T. FARDON

              United States Attorney

              By: *s/Caleb J. Halberg*
                CALEB J. HALBERG
                Attorney for the United States
                223 W. Jackson Blvd., Suite 610

Chicago, IL 60606  
(312) 263-0003  
 chalberg@potestivolaw.com